# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Textile Computer Systems, Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **Charles Schwab Bank**, <br><br> Defendant. | Case No.: 6:21-cv-1051-ADA <br><br> **Jury Trial Demanded** |

## [PROPOSED] ORDER

The Court, having considered Defendant Charles Schwab Bank's Motion to Dismiss Original Complaint for Patent Infringement ("the Motion"), finds that the Motion is **GRANTED.**