# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TEXTILE COMPUTER SYSTEMS, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-01051-ADA |
| | § | |
| CHARLES SCHWAB BANK | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on August 05, 2022 at 10:00 AM.

IT IS SO ORDERED this 2nd day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE