# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING-IN-PART AND DENYING-IN-PART MOTION TO DISMISS (ECF No. 20)

Before the Court is the Defendant's Motion to Dismiss (ECF No. 20) in the above captioned case. The Court conducted a hearing on August 5, 2022. The Court issued rulings on Defendant's Motion, and this order does not alter those rulings.

The Court orders as follows:

- The Court **DENIES** Defendant's Motion to Dismiss Textile's direct infringement claims as to all the Asserted Patents.

- The Court **DISMISSES WITHOUT PREJUDICE** Textile's pre-suit induced infringement and willful infringement claims for all the Asserted Patents. However, Textile is allowed to amend its Complaint and re-plead pre-suit induced infringement and willful infringement claims if it can elicit sufficient facts during fact discovery to support such allegations.

- The Court **DENIES** Defendant's Motion to Dismiss post-suit willful infringement claims as to all the Asserted Patents.

- The Court **DISMISSES WITHOUT PREJUDICE** Textile's contributory infringement claims as to all the Asserted Patents. However, Textile is allowed to amend its Complaint and re-plead contributory infringement claims if it can elicit sufficient facts during fact discovery to support such allegations.

**SIGNED** this 5th day of August, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE