# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA |

## JOINT MOTION TO DISMISS

Pursuant to an agreement entered by Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendant Charles Schwab Bank ("Schwab"), Textile and Schwab jointly move to dismiss with prejudice all claims and counterclaims made against each other in this action. Textile and Schwab agree that each party shall bear its own attorneys' fees and costs and that the Court shall retain jurisdiction for purposes of enforcing their agreement. A proposed order is attached.

Dated: December 23, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
C. Ryan Pinckney
Texas Bar No. 24067819

ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*


*/s/ Keith B. Davis*
Hilda C. Galvan
Texas State Bar No. 00787512
hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
kbdavis@jonesday.com
Christopher A. Buxton
Texas State Bar No. 24116154
cbuxton@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
*Attorneys for Charles Schwab Bank*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Matthew J. Antonelli*
                                          Matthew J. Antonelli